BRIAN KEITH GORHAM
EASTHAM UNIT 1998550
2665 PRISON ROAD ONE
LOVELADY, TX 75851

December 12, 2017

COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TX 78711

RE:  EMERGENCY MOTION TO STAY
     CCA NO. WR-84,674-03
                 647

Dear Clerk:

Relator/Movant has enclosed the original "Emergency Motion to Stay" for presentment to this Honorable Court. Believing in good faith that this task will be done and a ruling will be had within 10 days of receipt. Relator/movant is also requesting for this Clerk to file date stamp the attached copy of this letter and return it at the address listed above. Thank you for your time in this matter.

Regards,

Brian K. Gorham

BRIAN K. GORHAM

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 19 2017

Deana Williamson, Clerk

*Relator's
copy*

BRIAN KEITH GORHAM
EASTHAM UNIT 1998550
2665 PRISON ROAD ONE
LOVELADY, TX 75651

December 12, 2017

COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TX 78711

RE: EMERGENCY MOTION TO STAY
    CCA NO. WR-84,674-03
                    041 68

Dear Clerk:

Relator/Movent has enclosed the original "Emergency Motion to Stay" for presentment to this Honorable Court. Believing in good faith that this task will be done and a ruling will be made within 10 days of receipt. Relator/movent is also requesting for this Clerk to file date stamp the attached copy of this letter and return it at the address listed above. Thank you for your time in this matter.

Regards,

*Brian K. Gorham*

BRIAN K. GORHAM

CCA NO. WR-84,647-03
TRIAL COURT NO. 2012 CR10383-W1

EX PARTE                          §    IN THE COURT OF
                                  §    CRIMINAL APPEALS
BRIAN KEITH GORHAM                §    AUSTIN, TEXAS


MOTION REQUESTING LEAVE TO FILE MOTION TO STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Brian Keith Gorham, Movant Pro Se in the above styled and numbered cause with this MOTION REQUESTING LEAVE TO FILE MOTION TO STAY pursuant to Tex.R.App. Proc. 72.1 and/or 72.2.

I.

Movant seeks permission from this Court to file a MOTION TO STAY as Movant has no other remedy by appeal.

II.

Movant proceeds Pro Se and is a layman of the law, unskilled and without training in the drafting of legal papers. Therefore, he is entitled to a less stringent standard than those pleadings filed by lawyers. Haines v. Kerver, 404 U.S.519, 520(1972); H Hernandez v. Thaler, 630 F.3d 420, 426-27 (5th Cir. 2011).


P   R   A   Y   E   R

WHEREFORE, Movant prays this Court grant this MOTION TO STAY leave allowing Movant's Motion to Stay to be considered.

UNSWORN DECLARATION

I, Brian Keith Gorham, do declare that this document is true and correct and swear under penalty of perjury to the facts herein.

Executed on this the 12th day of December , 2017.

_____
Movant Pro Se

(1)

CCA NO. WR-84,647-03
TRIAL COURT NO. 2012-CR-10383-W1

EX PARTE                                    §          IN THE COURT OF
                                            §          CRIMINAL APPEALS
BRIAN KEITH GORHAM                          §          AUSTIN, TEXAS

EMERGENCY MOTION TO STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BRIAN KEITH GORHAM, Relator, Pro Se, in the styled and numbered cause of
action and files this Motion to Stgay pursuant to Tex.R.App.Proc. 52.10(a) and will
show theeCourt the following:

On August 23, 2017, this Court ordered the 175th District Court of BexarrCounty to
further develop the record in Applicant's 11.07 Writ of habeas corpus. Thiss order stated
in pertinent,

"The trial court shall order trial counsel to respond again to the above claims and
elaborate on his strategy and reasoning."

The trial Court did this and made her "Supplemental Order" including Facts Finding and
Conclusions of Law on November 30, 2017, within the prescribed time allotted by this Court.
Relator did NOT receive a copy of the "Supplemental Order" until December 12, 2017, this
can be verified throughtthe prison legal mailroom.

Relator believes under Tex.R.App.Proc. 73.4(b)(2) stating in pertinent "a party has
10 days from the date he receives the findings to file objections, ..." Movant is notifying
the Courts that objection will be made within the 10 days and requests that the Court of
Criminal Appeals stay any proceedings in it's decision making untilsusuch objections are
received. Relator believes that there could be a decision in this case due to the delay
in reception of the "Supplemental Order" and between the time to concoct and mail to the
Court and respectfully requests temporary relief by stay until objections are submitted
and reviewed.

P   R   A   Y   E   R

FOR ALL THESE REASONS, Mr. Brian Keith Gorham, respectfully prays this Honorable
Court of Criminal Appeals GRANT this EMERGENCY MOTION TO STAY allowing Applicant to file
objections to the 175th Dist. Courts "Supplemental Order" Facts Finding and Conclusions
of Law.

(1)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2017, a true and correct carbon copy of the above foregoing Emergency Motion to Stay was transmitted to the District Clerk of Bexas County. 101 W. Nueva, Suite 217, San Antonio, Texas 78205.

_Brian K. Gorham_
Relator

## DECLARATION

I, Brian Keith Gorham, TDCJ/CID # 1998550, being presently incarcerated in the Eastham Unit of the Texas Department of Criminal Justice against my will, in Houston County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 12th day of December, 2017.

_Brian Gorham_
Brian Gorham

## O  R  D  E  R

On this the ___ of _____, 2017, came to be heard Relator's EMERGENCY MOTION TO STAY and said motion is hereby:

(  ) GRANTED                    (  ) DENIED

Signed this ____, day of _____, 2017.

_____
JUDGE PRESIDING

(2)